**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WILLIAM CUNDITT,              )<br>                 )<br>     Plaintiff,         )<br>                 )<br>vs.                )<br>                 )<br>NDOC, *et al.*,           )<br>                 )<br>     Defendants.        )<br>_____/ | 3:12-cv-00046-LRH-VPC<br><br>**ORDER** |

This action was opened by the Clerk of Court as a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has submitted an application to proceed *in forma pauperis*. However, no complaint has been submitted. An action must have an operative pleading to proceed. *See* Fed. R. Civ. P. 8(a). As there is no complaint filed in this action, it will be dismissed, without prejudice to filing a complaint as a new action.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED**, without prejudice, for failure to present a complaint.

**IT IS FURTHER ORDERED** that all pending motions, including the application to proceed *in forma pauperis*, are **DENIED**.

**IT FURTHER IS ORDERED** that the Clerk of the Court shall send plaintiff two copies of an *in forma pauperis* application form for a prisoner, one copy of the instructions for same, two copies of a blank 42 U.S.C. § 1983 prisoner civil rights form, and one copy of instructions for the same.

///

1 **IT IS FURTHER ORDERED** that plaintiff may file a complaint and *in forma pauperis* application in a new action, but he may not file further documents in this action.

**IT IS FURTHER ORDERED** that the Clerk of Court shall enter judgment accordingly.

Dated this 23rd day of January, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE